Loren Kieve (56280)
KIEVE LAW OFFICES
2655 Steiner Street
San Francisco, CA 94115
415 364-0060
lk@kievelaw.com

Attorneys for Grouse River Outfitters, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., | Case No. 2:18-mc-44-RGK-PJW |
| Plaintiff, | N.D. Cal. Case No. 3:16-cv-2954-LB |
| v. | GROUSE RIVER'S NOTICE OF INTERESTED PARTIES |
| NETSUITE INC., | |
| Defendant. | |

The undersigned counsel of record for movant Grouse River Outfitters Ltd. certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Grouse River Outfitters Ltd.

NetSuite, Inc.

Oracle Corporation

Dated:  April 3, 2018         */s/ Loren Kieve*
                              Loren Kieve
                              Counsel for movant Grouse River Outfitters Ltd.

1