# PROOF OF SERVICE

CASE NAME:   Grouse River Outfitters adv. NetSuite Inc.

CASE NO: 16-CV-02965 LB (N. Dist. CA)

I, the undersigned, certify that I work and reside in the County of San Mateo, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is 1001 Laurel Street, Suite C, San Carlos, CA 94070.

I served:

**NETSUITE INC.'S OBJECTIONS TO GROUSE RIVER'S REQUEST FOR PRODUCTION (SET FOUR)**

on the party representative stated below, if by mail or Fed Ex, by placing true copies thereof in sealed envelopes addressed as shown below. If by e-mail or facsimile I served as described below.

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Carlos, CA for mailing to the office of the addressee following ordinary business practices.

**Loren Kieve, Esq.**
**Kieve Law Offices**
**2655 Steiner Street**
**San Francisco CA 94115**

_____ : By Federal Express – By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by Federal Express. I am familiar with my firm's business practice of collection and processing of correspondence for service by Federal Express, and my correspondence placed for collection for Federal Express would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by Federal Express to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

_____ : By Facsimile — From facsimile number (866) 371-3491, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

__X__ : By Electronic Mail: By electronic mail send from scott@gatteylaw.com to lk@kievelaw.com, an electronic mail address I understand to be that of Plaintiff's counsel. I did not receive an message indicating that my e-mail was unable to be delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2018 at San Carlos, California.

_____
Scott D. Gattey

PROOF OF SERVICE