| | |
|---|---|
| 1 | Loren Kieve (56280)<br>KIEVE LAW OFFICES |
| 2 | 2655 Steiner Street<br>San Francisco, CA 94115 |
| 3 | 415 364-0060<br>lk@kievelaw.com |
| 4 | Attorneys for Grouse River Outfitters, Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GROUSE RIVER OUTFITTERS, LTD., | | Case No. 2:18-mc-44-RGK (PJWx) |
| | Plaintiff, | N.D. Cal. Case No. 3:16-cv-2954-LB |
| v. | | GROUSE RIVER'S OBJECTION TO AND MOTION TO STRIKE JAISWAL REPLY DECLARATION |
| NETSUITE INC., | | Hearing Date:  April 26, 2018 |
| | Defendant. | Hearing Time:  1:30 p.m. |

Grouse River Outfitters Ltd. ("GR") objects to and moves to strike the declaration of Neha Jaiswal (ECF Doc. 9-1) submitted by Billabong Holdings USA Inc. ("BUSA") along with BUSA's reply brief (ECF Doc. 9).

The Court's rules contemplate that there will be only one submission of evidence in a discovery dispute filing. C.D. Cal. L. Civ. R. 37-2.2; see *Nationwide Mut. Ins. Co. v. Growing Concern, LLC*, No. CV 14-7509-GW(MANX), 2015 WL 12655596, at *2 (C.D. Cal. June 1, 2015) ("The Court will strike the Second Declaration of Michael Bruce Abelson, to the extent requested in Docket No. 43 (at 3:18–25), because the material he submits was pertinent to Defendant's purported 'uncontroverted facts' submitted with Defendant's opening brief, but was

1

not itself submitted until Defendant's Reply brief"); *Rosen v. Amazon.com, Inc*, No. CV 12-10413 ABC (EX), 2014 WL 11858162, at *3 (C.D. Cal. Mar. 6, 2014) ("Plaintiff's supplemental declaration introduces new material that could and should have been raised in the motion."); see also *Zamani v. Carnes,* 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief"). Thus, courts regularly hold that a party's proffer of new evidence in reply is improper. See, e.g., *Iconix, Inc. v. Tokuda*, 457 F.Supp.2d 969, 976 (N.D. Cal. 2006) (sustaining an objection to new evidence and argument submitted with a reply).

The submission of new declaratory material is particularly improper given that GR's supplemental brief noted that "the declaration of BUSA's in-house counsel in opposition to GR's motion does not mention, much less provide any evidentiary support for, its boilerplate objections. Having failed to do so, BUSA has waived its objections. CD CA Civ. L. R. 37-2.2; 7-6; 7-7; 7-9; 7-12."

Dated:  April 12, 2018           */s/ Loren Kieve*
                                 Loren Kieve
                                 Counsel for movant Grouse River Outfitters Ltd.

2