BROWN WEGNER LLP
Matthew K. Wegner (SBN 223062)
　mwegner@brownwegner.com
Alexander Avery (SBN 307390)
　aavery@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Third Party
Billabong Holdings USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NETSUITE INC., <br><br> Defendant. | **Case No. 2:18-mc-00044-RGK-PJW** <br><br> **STIPULATION TO WAIVE ORAL ARGUMENT IN CONNECTION WITH PLAINTIFF'S MOTION TO COMPEL** <br><br> **[L.R. 7-15]** <br><br> **Date of Hearing:** April 26, 2018 <br> **Time:** 1:30 p.m. <br> **Courtroom:** 790 |

No. 2:18-mc-00044-RGK-PJW

# JOINT STIPULATION

WHEREAS counsel for Plaintiff Grouse River Outfitters, LTD. ("Grouse River") suggested that his client was interested in waiving oral argument at the hearing scheduled in this matter for April 26, 2018.

WHEREAS Billabong Holdings USA, Inc. is, given Grouse River's suggestion, prepared to waive oral argument in connection with Grouse River's Motion to Compel.

The parties hereby STIPULATE, and jointly request that the Court ORDER as follows:

The hearing on Plaintiff's Motion to Compel, currently scheduled for <u>April 26, 2018, at 1:30 p.m.</u> in Courtroom 790 of the above-captioned Court located at 255 E. Temple St., Los Angeles, CA 90012, is to be taken off calendar. The matter is to be taken under submission by the Court without oral argument.

DATED: April 18, 2018

BROWN WEGNER LLP

*/s/ Matthew K. Wegner*
Matthew K. Wegner

Attorneys for Third Party
Billabong Holdings USA, Inc.

KIEVE LAW OFFICES

/s/ Loren Kieve
Loren Kieve

Counsel for Grouse River Outfitters Ltd.

## L.R. 5-4.3.5 ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 18, 2018

/s/ Matthew K. Wegner
Matthew K. Wegner

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing document and its attachment, electronically transmitted to the Court's Electronic Filing System, are served on counsel of record who are deemed to have consented for purposes of F.R.Civ.P. 5(b)(2)(E) to receive electronic service of documents through the Court's CM/ECF System per L.R. 5-3.2.

Dated: April 18, 2018          /s/ Matthew K. Wegner
                               Matthew K. Wegner