# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., | Case No. 2:18-mc-00044-RGK-PJW |
| Plaintiff, | ORDER |
| v. | |
| NETSUITE INC., | Date of Hearing: April 26, 2018 |
| Defendant. | Time: 1:30 p.m. |
| | Courtroom: 790 |

THE COURT, having reviewed the Stipulation by and between plaintiff, Grouse River Outfitters, Ltd., and Third Party Billabong Holdings USA, Inc., to Waive Oral Argument in Connection with Plaintiff's Motion to Compel,

Good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion to Compel, currently scheduled for April 26, 2018, at 1:30 p.m. is taken off calendar. The matter is taken under submission by the Court without oral argument.

IT IS SO ORDERED.

Dated: April 20, 2018

HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

No. 2:18-mc-000044-RGK-PJW