BROWN WEGNER LLP
Matthew K. Wegner (SBN 223062)
  mwegner@brownwegner.com
Alexander Avery (SBN 307390)
  aavery@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Third Party
Billabong Holdings USA, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NETSUITE INC., <br><br> Defendant. | Case No. 2:18-mc-00044-RGK-PJW <br><br> **NOTICE OF RULING RE: BILLABONG DOCUMENTS FROM NORTHERN DISTRICT OF CALIFORNIA** <br><br> [Matter taken under submission by the Court without oral argument on 4/20/2018. [Doc. 13]] <br><br> Date of Hearing:   April 26, 2018 <br> Time:   1:30 p.m. <br> Courtroom   790 <br> Before the Hon. Patrick J. Walsh |

TO THE HONORABLE COURT:

Pursuant to Federal Rules of Evidence, Rule 201, and in support of its Reply Brief in Opposition to Grouse's Motion to Compel [Doc. 9], Third Party Billabong Holdings USA, Inc. ("Billabong") respectfully requests this Court take judicial notice of the following documents:

1. Plaintiff Grouse River Outfitter, Ltd.'s ("Grouse") motion to compel defendant NetSuite, Inc. ("NetSuite") to produce documents listed in Grouse's Fourth Document Requests [Doc. 105-1, pages 2 through 10, inclusive], which are substantially the same as the documents listed in Grouse's Subpoena to Produce Documents served on Billabong, dated 2/21/2018 [Doc. 2-2, pages 6 through 15, inclusive]; true copies are attached hereto as <u>Exhibits 1 and 2</u>, respectively.

2. The Order entered on July 10, 2018, of the District Court Northern District of California, in the main case entitled *Grouse River Outfitter, Ltd. v. NetSuite, Inc.*, docketed as Case No. 3:16-cv-02954-LB [Doc. 107], which denied Grouse's foregoing motion, stating, in pertinent part:

> (T)he court denies Grouse River's request for discovery about Billabong. The discovery may have some relevance, but it is not proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1). This case is grounded in a contract, albeit with fraud allegations. The dispute is between the parties, and whatever relevance the discovery has, it is not proportional to the issues, the amount at stake, and whatever importance the discovery has in illuminating the issues. The burden of the proposed discovery outweighs any likely benefit. *Id*.

A true copy of the N.D. Cal. Court's Notice of Electronic Filing dated July 10, 2018, regarding the text-only entry of the Order denying [105] Discovery Letter is attached hereto as <u>Exhibit 3</u>.

3. The District Court of the Northern District of California's rationale weighs heavily in favor of denying Grouse River's Motion to Compel because Federal Rule of Civil Procedure, Rule 45, provides greater protection against undue burden and significant expense to nonparties such as Billabong than to

defendant NetSuite.

  Respectfully submitted.

DATED: July 20, 2018      BROWN WEGNER LLP

                /s/ Matthew K. Wegner
                Matthew K. Wegner

                Attorneys for Third Party
                Billabong Holdings USA, Inc.