# EXHIBIT 1

July 8, 2018

Hon. Laurel Beeler
United States District Court

*Grouse River v. NetSuite, No. 16-cv-2954 LB – Discovery Dispute*

Dear Judge Beeler:

The parties have conferred by telephone (as Your Honor has allowed us to do in a prior order) and have not been able to resolve this dispute.

1. Statement of Unresolved Issue:

    Grouse River: Whether NetSuite ("NS") should be required to promptly comply with Grouse River's ("GR") Fourth Request for the Production of Documents, Exh. 1, as modified by GR's compromise below, because (1) the documents are probative of the issues in dispute and (2) contrary to the Court's directive, NS has continued its prior stonewalling and refused to discuss any compromise.

    NetSuite: Whether Grouse River's motion should be denied because it seeks to compel NetSuite to produce documents aimed at an entirely different company not involved in the current litigation between the parties?

2. Summary of the Parties' Positions:

    Grouse River

    Grouse River assumes that Court is familiar with the prior iteration of this dispute set forth in the parties' April 25, 2018 joint dispute letter (ECF Doc. 101).

    After entreating NS to provide its promised "compromise," as directed by the Court, and providing further caselaw support for why GR's document requests are appropriate, see Exh. 4, finally, on May 25, NS produced, not a compromise, but a screed refusing to produce or compromise on anything. That letter is attached as Exh. 5.

    At no point prior to the prior dispute letter did NS offer to compromise but, as demonstrated by its current position, has steadfastly refused to produce any responsive documents. The requests seek documents that will show whether, at the same time NS was defrauding GR, it was doing the same to Billabong with the exact same defective NS "SuiteCommerce" platform, and the same fundamental defects, causing Billabong, like NetSuite, to incur millions of dollars in damages.

    As set forth in GR's letter to NS, Exh. 4, the second amended complaint alleges:

    217.  In the numerous advertisements, website postings, press releases, meetings, e-mails and phone calls detailed above in paragraphs 13-92, NetSuite, through its authorized agents represented to Grouse River that NetSuite had the capability to design, implement and deliver a fully integrated ERP, e-commerce, and POS software solution with the specific capability and functionality to meet Grouse River's defined needs and to do so within four months of the start of the project.

**EXHIBIT 1**

KIEVE LAW OFFICES
  Loren Kieve (Bar No. 56280)
  2655 Steiner Street
San Francisco, California  94115-1141
Telephone:      (415) 364-0060
Facsimile:       (435) 304-0060
lk@kievelaw.com

Counsel for Plaintiff
Grouse River Outfitters, Ltd.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD , <br><br>          Plaintiff, <br><br>     vs. <br><br> NETSUITE, INC., <br><br>          Defendant. | **CASE NO.  16-CV-02954 LB** <br><br> **PLAINTIFF GROUSE RIVER OUTFITTERS, LTD.'S FOURTH DOCUMENT REQUESTS TO DEFENDANT NETSUITE, INC.** |

     Plaintiff Grouse River Outfitters, Ltd ("Grouse River") requests that defendant NetSuite, Inc. ("NetSuite") produce the following documents for inspection and copying at a time and place to be agreed on by counsel.

     The definitions and instructions set forth in NetSuite's November 28, 2016 first request for the production of documents to Grouse River apply to these requests.

     **REQUEST NO. 127:**

     Each document relating to or reflecting the discussions between NetSuite and Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") about the "implementation setbacks" and "technical issues" and "ongoing discussions regarding NetSuite's delivery against its "promises and contractual obligations" and requested "comprehensive corrective action plans" described in the transcript of remarks made by Billabong's CEO, Neil Fiske, in his investor presentation of February 24, 2017 as referenced in the attached articles.

**EXHIBIT 1**

**REQUEST NO. 128:**

Each document relating to or reflecting communications between NetSuite and Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") about the "implementation setbacks" and "technical issues" and "ongoing discussions regarding NetSuite's delivery against its "promises and contractual obligations" and requested "comprehensive corrective action plans" described in the transcript of remarks made by Billabong's CEO, Neil Fiske, in his investor presentation of February 24, 2017 as referenced in the attached articles.

**REQUEST NO. 129:**

Each internal NetSuite document relating to the "implementation setbacks" and "technical issues" and "ongoing discussions regarding NetSuite's delivery against its "promises and contractual obligations" and requested "comprehensive corrective action plans" described in the transcript of remarks made by Neil Fiske, CEO of Billabong International, in his investor presentation of February 24, 2017 as referenced in the attached articles.

**REQUEST NO. 130:**

Each document relating to or reflecting the termination by Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") of its contract with NetSuite for for SuiteCommerce cloud-based set of ecommerce and retail point-of-sale tools.

**REQUEST NO. 131:**

Each document relating to or reflecting communications between NetSuite and Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") relating to the termination of Billabong's contract with NetSuite for SuiteCommerce cloud-based set of ecommerce and retail point-of-sale tools.

**REQUEST NO. 132:**

Each document relating to or reflecting the reason or reasons for the termination by Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") of its contract with NetSuite for SuiteCommerce cloud-based set of ecommerce and retail point-of-sale tools.

**EXHIBIT 1**

**REQUEST NO. 133:**

Each document relating to or reflecting communications between NetSuite and Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") regarding the reason or reasons for the termination by Billabong of its contract with NetSuite for SuiteCommerce cloud-based set of ecommerce and retail point-of-sale tools.

**REQUEST NO. 134:**

Each internal NetSuite communication relating to the reason or reasons for the termination by Billabong International Limited or any subsidiary, division or affiliate (collectively, "Billabong") of its contract with NetSuite for SuiteCommerce cloud-based set of ecommerce and retail point-of-sale tools.

Dated: February 21, 2018                    KIEVE LAW OFFICES

                                            By  /s/ Loren Kieve
                                            Loren Kieve (Bar No. 56280)
                                            Counsel for plaintiff Grouse River Outfitters, Ltd

**EXHIBIT 1**

# Billabong restructures e-commerce overhaul after NetSuite misstep – Aug 30, 2017



### Awards chunks to Salesforce, Aptos.

Billabong has broken up the core components of its omni-channel overhaul and handed the pieces to separate software providers after ditching its first attempt with NetSuite.

Late last month the retailer revealed it had decided to ditch its deal with NetSuite for the SuiteCommerce cloud-based set of ecommerce and retail point-of-sale tools following technical implementation issues.

The contract termination saw Billabong book an $11.7 million impairment charge.

At its full-year 2017 results, Billabong revealed it had restructured its omni-channel overhaul into pieces that would be served by "multiple out of the box best in breed global platforms".

It has appointed Salesforce as the provider of its e-commerce and digital marketing platforms, and Aptos for point-of-sale and order management and loyalty.

"Proven" systems integrators will be used to "bring these building blocks together", it said. It did not name its chosen integrators.

**EXHIBIT 1**

"The selection of the new partners was based on one overriding principle – delivering the best possible omni channel experience for customers with certainty and speed," Billabong said in financial filings.

"[We] emphasised that omni was not just e-commerce, but the ability for customers to shop the way they wanted to shop – in stores and online, retail and wholesale, across all channels with richness of content and a personalised experience.

"Each of the major partners is a leader in their field, but importantly they have worked together extensively on similar implementations."

CEO Neil Fiske said it was "not appropriate at this time" to provide detail of the circumstances that led to the NetSuite contract cancellation.

He said the experience of its new partners, as well as the work already done - such as middleware integration and website redesigns - meant it expected to move quickly into deployment.

It is using Australia as the test case for the first deployment of the new global platforms; the first of the new e-commerce websites, Surf Dive 'n' Ski, is scheduled to launch before the end of this year.

"The new solution is expected to lower implementation risk and improve certainty of delivery for the balance of the project," Billabong said.

"The group believes the omni program can be completed materially close to its original range of budget expectations."

**EXHIBIT 1**

# 'Technical issues' delay Billabong's ecommerce rollout – Feb 24, 2017



## Roadblock greets new NetSuite platform.

Retailer Billabong has been forced to delay the launch of its critical NetSuite ecommerce platform due to issues with its implementation.

Billabong announced it had signed up to use the [NetSuite cloud-based SuiteCommerce](#) financial, ERP, and commerce platform in mid-2015.

The platform will replace a disparate and regionally-based global technology ecosystem with one platform in order to give the retailer a single view of the customer.

NetSuite offers a real-time flow of customer, order, and inventory information across all sales channels, as well as better utilisation of inventory.

At the time Billabong said the platform would be introduced incrementally across its global operations, with the rollout expected to be complete in mid-2016.

However, in its half-year results today, Billabong revealed the launch of the new ecommerce and point-of-sales systems had been delayed as a result of problems with their implementation.

It said the user acceptance testing phase had identified unspecified "technical issues".

**EXHIBIT 1**

"We are in ongoing discussions with that vendor to get their technical issues resolved, improve the resourcing and oversight of their project team, and deliver against their promises and contractual obligations," CEO Neil Fiske told investors.

"We have requested that they provide us a comprehensive corrective action plan.

"Although we are clearly disappointed at the delay, actions are underway to address the issues."

The NetSuite PoS solution, once implemented, will give retail staff insights into a customer's purchase history, and allow them to order products that are unavailable in store online.

It will also let Billabong staff access real-time stock numbers. Retail outlets are currently siloed from online operations and the call centre.

Billabong's [turnaround strategy, announced in late 2013](#), pinned the company's hopes on digital to increase sales by more than 30 percent by 2018.

Its IT operations as of last month are being led by new global chief information officer Chris Conrad, who came to the company from fellow retailer Lululemon.

**EXHIBIT 1**

# Billabong Selects NetSuite To Transform Customer Experience Globally

SuiteCommerce to Power Billabong's Omnichannel Strategy

May 05, 2015, 12:45 ET from NetSuite Inc.

SAN JOSE, Calif., May 5, 2015 /PRNewswire/ -- **NETSUITE SUITEWORLD 2015 --** NetSuite Inc. (NYSE: N), the industry's leading provider of cloud-based financials / ERP and omnichannel commerce software suites, today announced that Billabong International Ltd (ASX: BBG) has selected NetSuite SuiteCommerce to help transform customer interaction with its brands through the implementation of a new global omnichannel platform.

NetSuite's SuiteCommerce platform will be progressively rolled out across the action sports company to provide a true omnichannel experience across its wholesale, retail and ecommerce operations.

SuiteCommerce will provide a unified, real-time technology platform enabling Billabong International to:

- Ensure a constant real-time flow of customer, order and inventory information across all of its sales channels, dramatically improving engagement with online shoppers, retail operations and wholesale partners.
- Provide wholesale partners, both large and small, with their own password protected site to efficiently make purchases, review order history and account details, speed repeat purchasing and manage payments and credits. They will also be able to access and download key content, assets, videos and marketing collateral.
- Monitor and manage each of its branded global websites from one single platform that can support up to 190 currencies, 19 languages, and multi-country tax compliance.

Billabong CEO Neil Fiske said, "Creating a true omnichannel experience is one of the seven strategic pillars in our transformation strategy. We have high expectations of potential strategic partners in line with our approach of undertaking major structural changes once and doing them right. We look forward to working with NetSuite to build an industry leading global platform that creates a seamless customer experience across all of our channels, including wholesale."

NetSuite SuiteCommerce provides Billabong with a scalable order management solution that will allow it to utilize its inventory more effectively and be quickly updated to keep pace with the rapidly evolving retail industry and consumer expectations.

NetSuite CEO Zach Nelson said SuiteCommerce will enable Billabong to rapidly adapt to emerging retail models and strengthen its suite of brands.

**EXHIBIT 1**

"Global retailers are repeatedly held back by siloed systems that result in a fractured journey as customers transition across disparate systems," said Mr. Nelson. "Billabong's move to SuiteCommerce's single unified cloud-based platform will give the company the agility to deliver the seamless omnichannel customer experiences shoppers demand."

**Key benefits of SuiteCommerce for Billabong** The consolidation onto a NetSuite's single, unified cloud commerce platform will allow Billabong to achieve the following benefits:

**In-Store Omnichannel Experiences.**   Leveraging NetSuite SuiteCommerce InStore, sales associates can deliver a more personalized shopping experience with a comprehensive view of the customer history and the ability to order products from a tablet or mobile device if it's not available in the store.

**Automated Global B2B Commerce.** Billabong can streamline processes associated with phone, fax and email orders for its diverse B2B partners ranging from smaller, boutique surf and sports shops all the way to larger retail partners. Billabong's partners will all have access to a flexible, self-service B2B commerce system which will help to free up Billabong's resources to focus on providing a more personalized service.

**Real-Time Inventory Visibility.** With NetSuite SuiteCommerce, Billabong's brick-and-mortar stores, previously siloed from its online and call center organizations, can have real-time visibility into all inventory held across the company, enabling omnichannel features such as buy online and ship-from-store, turning the company's stores into individual fulfillment centers, helping Billabong to utilize inventory more efficiently and get product to customers faster and more cost effectively.

**Multi-Brand and Global-Ready.** Billabong plans to leverage NetSuite OneWorld in conjunction with SuiteCommerce to support transactions in up to 190 currencies and 19 languages around the world. NetSuite will help the company to efficiently manage its websites in every country, resulting in streamlined engagement with all members of its B2B partner community.

**True Omnichannel Customer Relationship Management.** Building on NetSuite's omnichannel CRM capabilities, NetSuite unifies all customer information into a single customer profile. This means that any employee, whether they are a store associate or customer service representative in Billabong's call center can have an immediate understanding of any customer, in real time, regardless of the channel, which facilitates better service, more sales and improved customer loyalty.

**EXHIBIT 1**