Loren Kieve (56280)
KIEVE LAW OFFICES
2655 Steiner Street
San Francisco, CA 94115
415 364-0060
lk@kievelaw.com

Attorneys for Grouse River Outfitters, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD., | Case No. 2:18-mc-44-RGK (PJWx) |
| Plaintiff, | N.D. Cal. Case No. 3:16-cv-2954-LB |
| v. | GROUSE RIVER'S OBJECTION TO AND MOTION TO STRIKE BILLABONG'S "NOTICE OF RULING" |
| NETSUITE INC., | Hearing Date: Fully Briefed and Submitted |
| Defendant. | |

Grouse River Outfitters Ltd. ("GR") objects to and moves to strike the document entitled "Notice of Ruling re: Billabong Documents from Northern District of California" (ECF Doc. 14) and attachments submitted by Billabong Holdings USA Inc. ("BUSA").

The Court's rules contemplate that, following briefing on a discovery motion, there will be no further submissions in a discovery dispute filing. C.D. Cal. L. Civ. R. 37-2.3 ("No other separate memorandum of points and authorities shall be filed by either party in connection with the motion."); see *Nationwide Mut. Ins. Co. v. Growing Concern, LLC*, No. CV 14-7509-GW(MANX), 2015 WL 12655596, at *2 (C.D. Cal. June 1, 2015) ("The Court will strike the Second Declaration of Michael Bruce Abelson, to the extent requested in Docket No. 43 (at

1

3:18–25), because the material he submits was pertinent to Defendant's purported 'uncontroverted facts' submitted with Defendant's opening brief, but was not itself submitted until Defendant's Reply brief"); *Rosen v. Amazon.com, Inc*, No. CV 12-10413 ABC (EX), 2014 WL 11858162, at *3 (C.D. Cal. Mar. 6, 2014) ("Plaintiff's supplemental declaration introduces new material that could and should have been raised in the motion."); see also *Zamani v. Carnes,* 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief"). Thus, courts regularly hold that a party's proffer of new material is improper. See, e.g., *Iconix, Inc. v. Tokuda*, 457 F.Supp.2d 969, 976 (N.D. Cal. 2006) (sustaining an objection to new evidence and argument submitted with a reply).

The submission of new material is particularly improper given that it seeks to raise an entirely new argument after the matter has been fully briefed and submitted to the Court. See cases cited above.

Dated: July 23, 2018        */s/ Loren Kieve*
                            Loren Kieve
                            Counsel for movant Grouse River Outfitters Ltd.