UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-0044-RGK (PJWx) | Date | July 8, 2019 |
|---|---|---|---|
| Title | *Grouse River Outfitters, Ltd. v. NetSuite, Inc.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Movant: | Attorneys Present for Third-Party Billabong Holdings USA, Inc.: |
|---|---|
| None | None |

**Proceedings:**   Order re: Plaintiff's Motion to Compel Compliance with Subpoena (Doc. Nos. 2, 7, 11) (IN CHAMBERS)

In March 2018, Grouse River filed a motion to compel third-party Billabong Holdings to provide documents in compliance with a subpoena that was issued in a pending action in the district court for the Northern District of California, *Grouse River Outfitters, Ltd. v. NetSuite, Inc.*, No. 3:16-cv-2954-LB. Billabong objected on procedural grounds and further contended that Grouse River's subpoena was unduly burdensome. Grouse River thereafter filed a motion to exclude a declaration and a reply brief submitted by Billabong. In July 2018, Billabong asked this Court to take notice that the district court in the Northern District of California had denied Grouse River's request for substantially similar discovery from Billabong.

Unfortunately, this Court inadvertently failed to rule on Grouse River's motion. Neither Grouse River nor Billabong has communicated with the Court since July 2018. The Court has reviewed the docket in the underlying case in the Northern District and notes that discovery has closed and a jury trial was scheduled to begin this week.

As soon as practicable, the parties shall each file a statement regarding Grouse River's motion to compel. If no responses are forthcoming by July 22, the Court is inclined to deny the motion as moot.

cc: Counsel of record

S:\PJW\Cases-X\Grouse MO motion status.wpd

|   | : |   |
|---|---|---|
| Initials of Preparer | im |   |