BROWN WEGNER LLP
Matthew K. Wegner (SBN 223062)
  mwegner@brownwegner.com
Alexander Avery (SBN 307390)
  aavery@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Attorneys for Third Party
Billabong Holdings USA, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROUSE RIVER OUTFITTERS, LTD.,<br><br>   Plaintiff,<br><br>v.<br><br>NETSUITE INC.,<br><br>   Defendant. | **Case No. 2:18-mc-00044-RGK-PJW**<br><br>**STATEMENT OF THIRD-PARTY BILLABONG HOLDINGS USA, INC. IN COMPLIANCE WITH [16] COURT ORDER** |

Having received the Court's Minute Order dated July 8, 2019 [Dkt. No. 16], Third Party Billabong Holdings USA, Inc., responds as follows:

The PACER docket entries for *Grouse River Outfitters, Ltd. v. NetSuite, Inc.* (No. 3:16-cv-2954-LB) indicate that the case was terminated on 07/16/2019 when Judgment was entered that date [Dkt. 357] in favor of defendant Oracle Corp., in the Northern District of California case. Billabong concurs with this Court's assessment that Grouse's motion to compel Billabong to produce documents is, therefore, moot and should be denied as such.

Billabong reserves all of the arguments made in opposition to the motion.

Respectfully submitted,

DATED: July 22, 2019                BROWN WEGNER LLP

/s/ Matthew K. Wegner
Matthew K. Wegner

Attorneys for Third Party
Billabong Holdings USA, Inc.

# CERTIFICATE OF SERVICE
*Grouse River Outfitters, Ltd., v. NetSuite, Inc.*
No. 2:18-mc-00044-RGK-PJW

    The undersigned hereby certifies that on this date, the foregoing document filed electronically using the Court's CM/ECF System is served on counsel of record pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: July 22, 2019                 /s/ Matthew K. Wegner
                                                  Matthew K. Wegner