UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-0044-RGK (PJWx) | Date | July 29, 2019 |
|---|---|---|---|
| Title | *Grouse River Outfitters, Ltd. v. NetSuite, Inc.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Movant: | Attorneys Present for Third-Party Billabong Holdings USA, Inc.: |
|---|---|
| None | None |

**Proceedings:**   **Order re:** Plaintiff's Motions to Compel Compliance with Subpoena (Doc. Nos. 2, 7, 11) (IN CHAMBERS)

On July 8, 2019, the Court issued a minute order, directing Plaintiff and Third-Party Billabong Holdings USA, Inc. to respond no later than July 22, 2019 to its tentative ruling that Plaintiff's motions to compel should be denied as moot.

On March 22, 2019, Billabong filed a statement, informing the Court that the underlying case in the district court for the Northern District of California, *Grouse River Outfitters, Ltd. v. NetSuite, Inc.*, No. 3:16-cv-2954-LB, had been terminated following a jury trial. Plaintiff did not file a response.

Therefore, for the reasons given in the Court's July 8 minute order and in light of the fact that judgment has been entered in the underlying action, Plaintiff's motions to compel are hereby DENIED as moot.

cc: Counsel of record

S:\PJW\Cases-X\Grouse River v. NetSuite\MO denying M to Compel.wpd

| | : | |
|---|---|---|
| | Initials of Preparer | im |